Bryan BROCHU, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 329, 2015

Supreme Court of Delaware.

Submitted: December 7, 2015

Decided: February 19, 2016

AFFIRMED.

David COLES, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 445, 2015

Supreme Court of Delaware.

Submitted: February 17, 2016

Decided: February 22, 2016

AFFIRMED.

Robert JONES, Sr., Defendant Below-Appellant,

v.

STATE of Delaware, Plaintiff Below-Appellee.

No. 395, 2015

Supreme Court of Delaware.

Submitted: February 17, 2016

Decided: February 22, 2016

REMANDED.